## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Democracy Party

vs.

Republican Party

:
:
:
:
:
:
:
:
:

CRIMINAL/CIVIL ACTION NO.

**REQUEST** the court to prosecute

Petition to
Attorney general Josh shapiro for violating security Exchange
commission Act.
Josh shapiro failed to do a due diligence 18 uscode
after the fact and or to consult the financial adeisors
which leads to 18 uscode Mail fraud and voting rights
Act violation.
Josh shapiro failed to mitigate the damage after
the fact when created inconsistent pleadings in PA
state and federal court of Kandjabenga. One complaint
was answered another one, was not answered which
is an imminent threat to the integrity of our Judicial
system and sancticity of oath of our institution which
need to be preserved. Violation of oath is a crime.
Relief New Case Managment to schedule the cases and hearin

PRINTED NAME: Kandjabenga # 738353

ADDRESSS: 5023 Haverford Ave
Philadelphia PA
19139

SIGNATURE:

DATE: May 3, 2022

03/2019

2022 MAY 8 AM 8:44
USDC-EDPA RECD CLERK